UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRANDON KINTE HATTON, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. H-03-326 |
| | § | |
| JANIE COCKRELL, | § | |
| | § | |
| Respondent. | § | |

FINAL JUDGMENT

For the reasons stated in the Court's Memorandum and Order entered this date, this action is **DISMISSED** with prejudice.

This is a **FINAL JUDGMENT**.

SIGNED the 18th day of May, 2005.

_____
David Hittner
United States District Judge